JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alejandro Diaz, <br><br> Plaintiff, <br><br> v. <br><br> WHB Corporation, et al. <br><br> Defendants. | Case: 2:14-CV-03859-PA-JC <br><br> **ORDER** |

## **ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: Nov. 12, 2014

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT COURT JUDGE

1

Order                                                                 Case: 2:14-CV-03859-PA-JC